UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61794-CIV-SMITH

HECTOR MORALES,

       Plaintiff,

v.

RUNWAY 84, INC., *et al.*,

       Defendants.

_____/

**ORDER**

On October 9, 2020, the Magistrate Judge entered a Report and Recommendation [DE 8], recommending approval of the parties' settlement agreement in this Fair Labor Standards Act case. The parties have stated they have no objections to the Report and Recommendation. (*See* J. Notice of Non-Obj. [DE 9].) Upon consideration, it is

**ORDERED** that the Report and Recommendation [DE 8] is **AFFIRMED AND ADOPTED**:

1. the Joint Motion for Judicial Approval of the Parties' FLSA Settlement Agreement, Dismissal with Prejudice and for Court to Retain Jurisdiction to Enforce [DE 5] is **GRANTED**;

2. the Settlement Agreement is **APPROVED**;

3. this case is **DISMISSED WITH PREJUDICE**; and

4. the Court retains jurisdiction until **November 13, 2020,** to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of October 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE